1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  First Assistant United States Attorney

4  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, 11th Floor
6     San Francisco, California 94102
      Telephone: (415) 436-6830
7     Facsimile: (415) 436-7234
      E-mail: kyle.waldinger@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,        )    No.  CR 12-0217 EMC
13                                   )
            Plaintiff,               )
14                                   )    STIPULATION AND [PROPOSED]
       v.                            )    ORDER DOCUMENTING EXCLUSION
15                                   )    OF TIME
   ROY LIN,                          )
16                                   )
            Defendant.               )
17  _____ )

18        With the agreement of the parties in open court on April 11, 2012, and with the

19  consent of the defendant Roy Lin ("defendant"), the Court enters this order documenting

20  the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from April 11, 2012,

21  to April 25, 2012.  The Court finds and holds, as follows:

22        1.     The defendant appeared before the Court on April 11, 2012, for

23  identification of counsel and a bail review hearing.

24        2.     At the appearance on April 11, 2012, the Court set the defendant's initial

25  appearance before the assigned district judge, the Honorable Edward M. Chen, for April

26  25, 2012.  Before that date, the government will produce to the defendant discovery

27  related to the charges in this case.  Counsel for the defendant needs time to review that

28  discovery and to investigate the case.

STIP. & [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME
CR 12-0217 EMC

1    3.    The Court finds that, taking into the account the public interest in the

2    prompt disposition of criminal cases, granting the continuance until April 25, 2012, is

3    necessary for effective preparation of defense counsel.  See 18 U.S.C.

4    § 3161(h)(7)(B)(iv).  Given these circumstances, the Court finds that the ends of justice

5    served by excluding the period from April 11, 2012, to April 25, 2012, outweigh the best

6    interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(7)(A).

7    4.    Accordingly, and with the consent of the defendant Roy Lin, the Court

8    orders that the period from April 11, 2012, to April 25, 2012, be excluded from Speedy

9    Trial Act calculations under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

10

11   SO STIPULATED.

12   DATED: April 11, 2012              MELINDA HAAG
                                        United States Attorney
13

14                                      _____/s/_____
                                        KYLE F. WALDINGER
15                                      Assistant United States Attorney

16

17   DATED: April 11, 2012              _____/s/_____
                                        PATRICK ROBBINS
18                                      Counsel for the defendant ROY LIN

19

20   IT IS SO ORDERED.

21

22   DATED: April 12, 2012              _____

23                                      MARIA-ELENA JAMES
                                        Chief United States Magistrate Judge

24

25

26

27

28