**United States District Court**
For the Northern District of California

1
2
3
4
5
6             IN THE UNITED STATES DISTRICT COURT
7
8             FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   UNITED STATES OF AMERICA,
11             Plaintiff,                    No. CR 12-0217 WHA
12        v.
13   ROY LIN,
                                             **ORDER RE LETTER RECEIVED**
14             Defendant.
                                          /
15
16        The Court has received a letter from Daniel Guillory in support of defendant Roy Lin.
17   Probation is **ORDERED** to take custody of the letter and provide a copy to counsel for both sides.
18
19
20        **IT IS SO ORDERED.**
21
22   Dated:  March 12, 2013.                 _____
23                                           WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE
24
25
26
27
28